IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.: 08-cv-00454-RPM

JAMES K. STILES,

    Plaintiff,

v.

ARKANSAS VALLEY ADVENTURES, LLC d/b/a OUTLAW RAFTING, LLC
and d/b/a BRECKENRIDGE WHITEWATER, LLC,

    Defendant.

## ORDER

Upon consideration of Plaintiff's Unopposed Motion to Amend Complaint for Damages and Jury Demand, it is

ORDERED that the motion is granted and that the First Amended Complaint for Damages and Jury Demand filed contemporaneously with the Motion to Amend shall be considered filed as of the date of this Order.

Done and signed this 29th day of October, 2008.

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____

                          Richard P. Matsch, Senior Judge