IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00454-RPM

JAMES K. STILES,

    Plaintiff,

v.

ARKANSAS VALLEY ADVENTURES, LLC d/b/a OUTLAW RAFTING, LLC, and
BRECKENRIDGE WHITEWATER, LLC,

    Defendants.

---

ORDER ON MOTIONS TO AMEND SCHEDULING ORDER

---

Upon consideration of the plaintiff's motion to amend scheduling order, filed January 14, 2009, and upon the conclusion that the change to the discovery cutoff date is reasonable and that the other changes requested are not necessary because a pretrial conference will be held in this matter and upon consideration of the defendant's motion to amend scheduling order as it relates to expert witness, filed January 13, 2009, it is concluded that the defendant has not shown sufficient cause for the amendment. It is now

ORDERED that the discovery cutoff date in this civil action is changed to April 11, 2009, and it is

FURTHER ORDERED that the motions to amend scheduling order are in all other respects denied.

Dated: January 29, 2009

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge