IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00454-RPM

JAMES K. STILES,

 Plaintiff,

v.

ARKANSAS VALLEY ADVENTURES, LLC d/b/a OUTLAW RAFTING, LLC, and BRECKENRIDGE WHITEWATER, LLC,

 Defendants.

---

ORDER DENYING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

---

 Upon consideration of the defendant's motion for partial summary judgment, filed March 6, 2009, and the papers supporting and opposing the motion, it is

 ORDERED that the motion is denied.

 Dated: April 14, 2009

         BY THE COURT:

         s/Richard P. Matsch
         _____
         Richard P. Matsch, Senior District Judge