IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00454-RPM

JAMES K. STILES,

    Plaintiff,

v.

ARKANSAS VALLEY ADVENTURES, LLC d/b/a OUTLAW RAFTING, LLC, and
BRECKENRIDGE WHITEWATER, LLC,

    Defendants.

---

ORDER ON DEFENDANT'S MOTION TO STRIKE EXPERT TESTIMONY OF DAVID R. SMITH

---

On March 20, 2009, the defendant filed a pleading designated Motion to Strike Expert Testimony of David R. Smith, Ph.D, or in the Alternative Motion *In Limine*. The plaintiff has responded to the motion. The scope and extent of the testimony of the designated witness will be considered at the pretrial conference.

SO ORDERED.

Dated: April 14th, 2009

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge