IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: June 11, 2010
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 08-cv-00454-RPM

JAMES K. STILES,                                                          Jeffrey A. Bogue

     Plaintiff,

v.

ARKANSAS VALLEY ADVENTURES, LLC.,                                          Hayden Kane

     Defendant.
_____

## COURTROOM MINUTES
_____

**Trial Preparation Conference**

**10:58 a.m.**     **Court in session.**

Counsel agree to use Sherman's trial testimony as prior testimony under oath and his original report.

**ORDERED:**     Plaintiff's Motion for Leave to Take the Preservation Deposition of Jerome Sherman, Ph.D. and for Forthwith Ruling, filed June 3, 2010 [70], is denied.

Discussion regarding release defense, prior voir dire statement, instructions, voir dire, Exhibit Q, witnesses and claims.

Counsel state parties are still discussing settlement.

**ORDERED:**     Based on prior evidence heard the release defense is not a bar to plaintiff's claim. Plaintiff's Motion in Limine to Exclude Releases, filed June 4, 2010 [72], is denied.

**11:35 a.m.**     **Court in recess.**

Hearing concluded.  Total time: 37 min.