IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.: 08-cv-00454-RPM-CBS

JAMES K. STILES,

Plaintiff,

v.

ARKANSAS VALLEY ADVENTURES, LLC d/b/a OUTLAW RAFTING, LLC
and BRECKENRIDGE WHITEWATER, LLC,

Defendant,

## ORDER FOR DISMISSAL

After review of the Stipulated Motion for Dismissal [88], filed on August 25, 2010, it is

ORDERED that all claims arising between these parties should be, and the same are

dismissed with prejudice, each party to pay their own costs and attorney's fees.

Dated:  August 25, 2010

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch, Senior District Judge